## *United States District Court for the Northern District of Illinois*

Case Number: 08CV3865                 Assigned/Issued By: DAJ

Judge Name: CASTILLO                  Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

**Amount Due:**  [✓] $350.00   [ ] $39.00   [ ] $5.00

[ ] IFP   [ ] No Fee   [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00 _____        Receipt #: 2914724 _____

Date Payment Rec'd: 07/08/08 _____        Fiscal Clerk: DAJ _____

---

### ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____

[ ] Citation to Discover Assets          _____
                                         (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

1 ___ Original and 0 _____ copies on 07/08/08 _____ as to DEF. _____
                                   (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05