IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>HARTFORD & SONS L.L.C., an Illinois corporation,<br>　　　　　　　　　　Defendant. | Case No. 08 C 3865<br><br>Judge Castillo |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorney, Amy Carollo, and hereby file this Notice of Voluntary Dismissal requesting that the Court dismiss this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Date: July 11, 2008

Respectfully submitted,
Laborers' Pension Fund, et al.

By:　　/s/ Amy Carollo

Amy Carollo
Office of Fund Counsel
Laborers' Pension and Welfare Funds
111 West Jackson, Suite 1415
Chicago, IL 60604
(312) 692-1540

**CERTIFICATE OF SERVICE**

The undersigned certifies that she caused copies of the foregoing Notice of Voluntary Dismissal to be served upon the following person, via U.S. Mail, this 11th day of July 2008.

>Hartford & Sonts LLC
>c/o Michael A. Pedicone
>2907 S. Wabash Avenue, Suite 200
>Chicago, IL 60616

/s/ Amy Carollo